**No. 51472.**—Protests 107239–K, etc., of Maryland Distillers Products Co. et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51473.**—Protests 120802–K (B), etc., of Julius Wile Sons & Co., Inc. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51474.**—Protests 106908–K, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.